The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a foreign Insurer,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN R. GARDNER and JENNIFER L. GARDNER, husband and wife, and the marital community composed thereof; SIMON R. ROSS and JANE DOE ROSS, husband and wife, and the marital community composed thereof; and MODULAR ORGANICS LLC, a Washington Limited Liability Company,<br><br>Defendants. | Cause No. 2:24-cv-00941-JLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Western National Mutual Insurance Company ("Western National") dismisses all claims against all Defendants with prejudice and without fees or costs.

//

//

//

NOTICE OF VOLUNTARY DISMISSAL – 1
USDC WD WA/SEA CAUSE NO. 2:24-cv-00941-JLR

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101-2509
(206) 624-1800/FAX (206) 624-3585

1 | DATED this 14th day of August, 2024.

2 |                                           SOHA & LANG, P.S.

By: *s/Paul Rosner*
Paul Rosner, WSBA # 37146
Email address: rosner@sohalang.com
Rachel Rubin, WSBA # 48971
Email address: rubin@sohalang.com
1325 Fourth Avenue, Suite 940
Seattle, WA  98101-2509
Telephone: 206-624-1800
Facsimile: 206-624-3585
Attorneys for Plaintiff

---

NOTICE OF VOLUNTARY DISMISSAL – 2
USDC WD WA/SEA CAUSE NO. 2:24-cv-00941-JLR